# Court of Appeals
# of the State of Georgia

ATLANTA,_____May 01, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1344. DANIEL ERIC COBBLE v. THE STATE.**

Daniel Eric Cobble was convicted of two counts of felony obstruction of a law enforcement officer in 2005. Following the denial of his motion for new trial, Cobble appealed, and we affirmed his convictions. *Cobble v. State*, 297 Ga. App. 423 (677 SE2d 439) (2009). After the remittitur issued, Cobble filed an extraordinary motion for new trial, which the trial court denied. Cobble appealed that order, and we affirmed in an unpublished opinion. See *Cobble v. State*, Case No. A13A2347, decided January 6, 2014. Cobble has since filed a motion to vacate his convictions, which the trial court also denied. He appeals therefrom. We lack jurisdiction.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Cobble is not authorized to collaterally attack his convictions in this manner, this appeal must be dismissed. See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, Cobble's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/01/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.